REBECCA HOLMES, Appellant, *v.* WM. HENGERER COMPANY, Respondent.

Argued October 11, 1951; decided December 6, 1951.

678

*J. Clement Johnston* for appellant.

*William B. H. Sawyer* and *John F. Canale* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.